■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES TWITTY, Appellant. [753 NYS2d 855] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosengarten, J.), rendered May 17, 2001, convicting him of robbery in the first degree, robbery in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally

insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19; *People v Williams,* 247 AD2d 416, 417). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. S. Miller, J.P., Schmidt, Townes and Crane, JJ., concur.